IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARILYN MALARKEY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-3278 |
| | : | |
| THE READING HOSPITAL AND | : | |
| MEDICAL CENTER, | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this 18th day of November, 2009, upon careful consideration of the defendant's motion for summary judgment (Document No. 16), the plaintiff's response thereto (Document No. 21), and the reply and sur-reply thereto, it is hereby ORDERED that the motion is **GRANTED** in its entirety.

The Clerk of Court is directed to mark this case closed.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.